UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VALERIE SLAUGHTER,

    Plaintiff,

  v.

FRED WEBER, INC. and LABORERS'
LOCAL 670,

    Defendants.

Case No. 07-cv-613-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on a Stipulation for Dismissal With Prejudice signed by Plaintiff Valerie Slaughter (Slaughter) and Defendant Fred Weber, Inc. (Weber) (Doc. 63). Slaughter and Weber have notified the Court that they have entered into a settlement agreement that disposes of all Slaughter's claims against Weber. Because the Stipulation is not signed by all parties who have appeared in this action, as required by Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court **CONSTRUES** the Stipulation as a joint Motion to Dismiss All Claims Against Defendant Weber with prejudice and without costs. The Court **GRANTS** the Motion and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case. The Court **DENIES** as moot Weber's Motion to Dismiss (Doc. 52).

**IT IS SO ORDERED.**
**DATED: December 27, 2007**

                              s/ J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**