UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VALERIE SLAUGHTER,<br><br>      Plaintiff,<br><br>   v.<br><br>FRED WEBER, INC. and LABORERS'<br>LOCAL 670,<br><br>      Defendants. | Case No. 07-cv-613-JPG |

## JUDGMENT

This matter having been tried before a jury, and the jury having rendered a verdict,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant Laborers's Local 670 and against Plaintiff Valerie Slaughter on all claims;

**IT IS FURTHER ORDERED AND ADJUDGED** that all claims by Plaintiff Valerie Slaughter against Defendant Fred Weber, Inc. in this case are dismissed with prejudice and that this case is dismissed with prejudice.


**DATED:** July 30, 2008                             NORBERT JAWORSKI

                                                              By:s/Deborah Agans, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**